FILED - USDC -NH
2024 JUN 20 PM 12:00

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **LIDIA TARANOV, A WARD,** <br> **through her Guardian** <br> **Dimitri Taranov** <br>     Plaintiff <br><br> v. <br><br> **COOPER LANE APARTMENTS, LLC.,** <br> **METROPOLIS PROPERTY** <br> **MANAGEMENT GROUP, INC.** <br>     Defendants. | Case No._____ |

## COMPLAINT OF LIDIA TARANOV

Lidia Taranov, The Plaintiff, (hereinafter "Lidia" or "tenant") a severely cognitively and physically incapacitated and blind person, Plaintiff in the above-cited action, through her Guardian, alleges as follows:

## NATURE OF ACTION

1. This is an action brought by Lidia through her Guardian to enforce Title VIII of the Civil Rights Act of 1968, as amended by the Fair Housing Amendments Act of 1988, 42 U.S.C. § 3601, *et seq*. ("Fair Housing Act").

2. Lidia is a disabled tenant at one of the Defendants' many apartment buildings. She brings this action for injunctive relief and monetary damages pursuant to the Fair Housing Act, 42 U.S.C. § § 3613.

3. Lidia alleges that the Defendants the Landlord (hereinafter, "Landlord") violated 42 U.S.C. § 3604(f)(2) and (f)(3)(B) by discriminating against Lidia in the rental of a dwelling and in the terms and conditions of tenancy because of her disability, in that they

1

refused to make reasonable accommodations to their rules, policies, practices or services when such accommodations were necessary to afford her an equal opportunity to enjoy a dwelling.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1345.

5. Venue is proper in this District pursuant to 28 U.S.C. § 1391.

## PARTIES

6. The Plaintiff Lidia Taranov is an individual residing at 12 Cooper Lane #103, Bedford, NH 03110. Lidia is blind, and severely physically and cognitively impaired. These conditions substantially limit her in several major life activities. As such, she is "disabled" or "handicapped" as defined by the Fair Housing Act. See 42 U.S.C. § 3602(h)(1).

7. At all times relevant to this Complaint, Defendant Cooper Lane Apartments., LLC whose principal business address is located at 1662 Elm St., Manchester, NH 03101 was the operator of Cooper Lane Apartments located at 12 Cooper Lane, Bedford, NH 03110.

8. Metropolis Property Management Group, Inc. is the management firm that managed Cooper Lane Apartments located at 12 Cooper Lane, Bedford, NH 03110 during all relevant times to this complaint.

## FACTS

9. Lidia is a resident of 12 Cooper Lane, apartment 103, Bedford, NH 03110, under a lease agreement with the Defendant Landlord. The Plaintiff is not in violation of the terms of her lease agreement[1].

10. Lidia is "handicapped" within the meaning of 42 U.S.C. § 3602(h). She is blind and severely cognitively and physically disabled. She requires around-the-clock care. Lidia's disabilities substantially limit several of her major life activities. She is unable to feed, clothe or bathe herself[2]. She is unable to hire, train, supervise, coordinate, or otherwise manage her staff of home health aides taking care of her 24/7. She requires a provider to manage her living environment, groceries, medications, supplies, finances and staff.

11. Beginning in about February 2023 the Plaintiff's son, Dimitri Taranov started to visit the plaintiff daily to oversee her care. In about February of 2024 Dimitri Taranov became the Plaintiff's guardian to defend her in the eviction action that he Landlord filed against her in state court.

12. Dimitri Taranov maintains his own separate residence located at 21 Marlboro Dr., Port Jefferson Station, NY, 11776 and does not reside at the Plaintiff's residence at 12 Cooper Lane #103, Bedford, NH 03110.

13. Lidia's lease agreement began on April 1, 2021, and has been extended through October 31, 2024[3].

---

[1] Lease agreement attached as Exhibit "A"
[2] Exhibit "B"
[3] Exhibit "C"

14. Provisions of the Lidia's lease agreement is that "All Occupants Over the Age of 18 Must be Included on this Lease," and "Please notify the office if any guest will be visiting for more than 15 days."

15. Lidia is current on lease payments and is not in violation of the above or any other provisions of the lease.

16. On about October 7, 2023, Lidia's daughter, Tatiana Taranov, received an email alleging that Dimitri Taranov was "residing" at the 12 Cooper Lane #103 property "without authorization[4]".

17. In response, Dimitri provided to the Landlord a lease agreement showing that he maintains his own residence[5], and explained to the Landlord that his presence at the 12 Cooper Lane #103 apartment is limited exclusively to his being lawfully employed in the care of Lidia that she is entitled to receive under the law.

18. On about November 7, 2023, Lidia was served an eviction notice stating that the reason for eviction was "unauthorized person living in unit."[6]

19. In response, Dimitri provided a lease agreement and paycheck stubs to the Landlord showing that he is domiciled and resides at 21 Marlboro Dr., Port Jefferson Station, NY, 11776.[7] Dimitri further provided the schedules to the Landlord showing his hours of employment in the care of Lidia.

---

[4] Exhibit "D"
[5] Exhibit "E"
[6] Exhibit F
[7] Lease attached as Exhibit "E", pay stubs as Exhibit "G"

20. On about May 24, 2024, Lidia, through Dimitri Taranov filed a complaint with the Housing and Urban Development (HUD) alleging Fair Housing Act violations and retaliation.

21. HUD closed this investigation on June 11, 2024[8].

22. Lidia has been declared incompetent by the state of New Hampshire, and Dimitri Taranov was appointed her guardian[9].

23. A live in caregiver would clearly be a reasonable accommodation, but as shown above, Dimitri Taranov is not domiciled at the 12 Cooper Lane #103 address, but has his own separate residence, and is only present at the 12 Cooper Lane #103 address to provide the care Lidia requires.

24. Lidia's need for caregivers is clearly a reasonable accommodation, and the Defendants' action to evict her through the state courts, for "allowing unauthorized presence" of her caregivers is clearly a violation of the Fair Housing Act.

25. As a result of the Landlords abuse of legal process in filing an illegal and retaliatory eviction, Lidia and her family and Guardian have suffered actual damages, including but not limited to physical and emotional distress, inconvenience, and frustration, and have expended significant resources to fight the Landlord's clearly frivolous eviction action in the state courts.

26. On March 20, 2024, the New Hampshire lower court, acting through (Magistrate/ Associate Judge, and without a jury trial etc.) has ordered Lidia be evicted. The lower

---

[8] Exhibit "H"
[9] Exhibit "I"

Court also denied Lidia's post-trial Motion to Reconsider. Through her Guardian, Lidia appealed to the NH Supreme Court on May 31, 2024. and currently this action is pending.

## ADMINISTRATIVE APPEAL

27. As required by the Fair Housing Act, 42 U.S.C. § 3610(a) and (b), the Secretary of HUD investigated the complaint made by Complainants, attempted conciliation without success, and prepared a final letter. (Exhibit "H")

28. Based on the above information presented in this petition, Lidia asserts that the Landlord engaged in illegal and discriminatory housing practices that violate the Fair Housing Act pursuant to 42 U.S.C. § 3610(g).

29. This timely suit follows.

## FAIR HOUSING ACT VIOLATIONS PURSUANT TO
## 42 U.S.C. § 3604(f)(2), (3)(B)

30. Lidia repeats and re-alleges paragraphs one through twenty-eight.

31. By the actions referred to in the preceding paragraphs, the Landlords have:

   a. Discriminated in the terms, conditions or privileges of the rental of a dwelling on the basis of disability, in violation of 42 U.S.C. § 3604(f)(2); and

   b. Refused to make reasonable accommodations in rules, policies, practices or services, when such accommodations were necessary to afford a person with a disability an equal opportunity to use and enjoy the dwelling, in violation of 42 U.S.C. § 3604(f)(3)(B).

32. Lidia is an "aggrieved person" as defined in 42 U.S.C. § 3602(i) and has suffered injuries as a result of the Landlord's' actions.

33. Landlord's discriminatory actions were wanton, intentional and willful, taken in open disregard of Lidia's rights under the law.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff requests that this Court:

1. Determine and declare that the discriminatory housing practices of Defendants COOPER LANE APARTMENTS, LLC., and METROPOLIS PROPERTY MANAGEMENT GROUP, INC. as set forth in this Complaint violate the Fair Housing Act;

2. Enjoin and restrain Defendants COOPER LANE APARTMENTS, LLC., and METROPOLIS PROPERTY MANAGEMENT GROUP, INC. their officers, employees, agents, successors, all other persons or assigns involved in this discriminatory conduct from further violating the Act. Specifically enjoin and restrain them from:
   A. discriminating against Lidia in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection with such dwelling, because of disability, in violation of 42 U.S.C. § 3604(f)(2); and
   B. refusing to make reasonable accommodations in rules, policies, practices, or services, when such accommodations are necessary to afford Lidia, a person with a disability, an equal opportunity to use and enjoy her dwelling, in violation of 42 U.S.C. § 3604(f)(3)(B);

3. Order Defendants COOPER LANE APARTMENTS, LLC., and METROPOLIS PROPERTY MANAGEMENT GROUP, INC. to take such actions as may be necessary to prevent the recurrence of any discriminatory conduct in the future and to eliminate, to the extent practicable, the effects of their unlawful conduct, including implementing policies and

procedures to ensure that no applicants or residents are not discriminated against because of disability;

4. Award monetary damages to Plaintiff pursuant to 42 U.S.C. §§ 3613(c)(1); and

5. Order such additional relief as the interests of justice require.

**A Jury Trial is Requested.**

Submitted on this ___20___ day of June 2024.

*Dimitri Taranov*
Lidia Taranov, Plaintiff
by and through her Guardian, Dimitri Taranov
12 Cooper Lane #103
Bedford, NH 03110
Tel: (332) 259 5898